1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   GERALYN A. GULSETH
4  Special Assistant United States Attorney

5  　　　333 Market Street, Suite 1500
   　　　San Francisco, California 94105
6  　　　Telephone:  (415) 977-8923
   　　　Facsimile:  (415) 744-0134
7  　　　E-Mail: geralyn.gulseth@ssa.gov

8  Attorneys for Defendant

9  　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

10 　　　　　　　　　　　　　EASTERN DISTRICT OF CALIFORNIA

11 　　　　　　　　　　　　　　　**SACRAMENTO DIVISION**

12 KRYSTAL M. YECKLEY,　　　　　　)
   　　　　　　　　　　　　　　　　)   CIVIL NO. S:03-CV-1792-PAN
13 　　　Plaintiff,　　　　　　　　)
   　　　　　　　　　　　　　　　　)
14 　　　　　v.　　　　　　　　　　)   STIPULATION AND PROPOSED ORDER
   　　　　　　　　　　　　　　　　)   FOR ENTRY OF JUDGMENT
15 MICHAEL J. ASTRUE[1],　　　　　 )
   　Commissioner of　　　　　　　 )
16 　Social Security,　　　　　　　)
   　　　　　　　　　　　　　　　　)
17 　　　Defendant.　　　　　　　　)
   _____)
18

19 　　　　By Order filed on May 6, 2004, the Court remanded the above-captioned case before answer

20 under sentence six of 42 U.S.C. § 405(g).  On remand, Plaintiff received a fully favorable decision dated

21 January 23, 2007.  (See attached Notice of Decision - Fully Favorable.)

22 ///

23 ///

24 ///

25

26 _____

27 　　　[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.
   Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore,
28 be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action
   need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security
   Act, 42 U.S.C. § 405(g).

WHEREFORE the parties to this action, through their respective undersigned attorneys, with the approval of the Court, hereby stipulate that the Court shall direct the Clerk to enter judgment in favor of Plaintiff, thereby affirming the Commissioner's award of benefits.

Respectfully submitted,

Dated: March  6 , 2007

/s/ akiko lynne uriu
(As authorized via e-mail on 3/6 /07)
AKIKO LYNN URIU

Attorney for Plaintiff

Dated: March  9 , 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ geralyn gulseth
GERALYN GULSETH
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: March 12, 2007.

UNITED STATES MAGISTRATE JUDGE

/yeckley.stip