McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
GERALYN A. GULSETH
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8923
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KRYSTAL M. YECKLEY,            )<br>                                                    )<br>    Plaintiff,                          )<br>                                                    )<br>        v.                              )<br>                                                    )<br>MICHAEL J. ASTRUE,              )<br>Commissioner of                         )<br>Social Security,                           )<br>                                                    )<br>    Defendant.                       )<br>_____) | CIVIL NO. S: 03-CV-1792-PAN<br><br>STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) |

       IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of THREE THOUSAND NINE HUNDRED DOLLARS AND NO CENTS (**$3,900.00**). This amount represents compensation for all legal services rendered on behalf of Plaintiff by her attorney in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of THREE THOUSAND NINE HUNDRED DOLLARS AND NO CENTS (**$3,900.00**) under EAJA shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees

and costs in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated: _May 3, 2007_    /s/ akiko lynne uriu
(authorized via signed hard copy)
AKIKO LYNNE URIU
Attorney at Law

Attorney for Plaintiff

Dated: _April 24, 2007_    McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

 /s/ geralyn a. gulseth
GERALYN A. GULSETH
Special United States Attorney

Attorneys for Defendant

IT IS SO ORDERED:

Dated: May 15, 2007.

UNITED STATES MAGISTRATE JUDGE

yeackley.eajastip